UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL A. GREENE,

        Plaintiff,

                                Case No. 12-13161
v.                              Honorable David M. Lawson

22ND DISTRICT COURT, PAMELA
ANDERSON, and MILTON SPOKOJNY,

        Defendants.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT SPOKOJNY'S MOTION TO DISMISS

The plaintiff filed his complaint in this Court on July 18, 2012. Defendant Spokojny filed a motion to dismiss the complaint on November 1, 2012. The plaintiff responded on December 3, 2012 and the plaintiff replied on December 10, 2012. The Court reviewed the motion papers and heard oral argument in open court on January 3, 2013. At the conclusion of oral argument, the Court announced its decision from the bench and granted in part and denied in part defendant Spokojny's motion to dismiss.

Accordingly, it is **ORDERED** that defendant Spokojny's motion to dismiss [dkt. #13] is **GRANTED IN PART AND DENIED IN PART** for the reasons stated on the record.

It is further **ORDERED** that counts I and III of the plaintiff's complaint are **DISMISSED** with respect to defendant Spokojny **only**.

It is further **ORDERED** that count II of the plaintiff's complaint is **DISMISSED**.

                                                    s/David M. Lawson
                                                    DAVID M. LAWSON
                                                    United States District Judge

Dated: January 3, 2013

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 3, 2013.

                                      s/Shawntel Jackson
                                      SHAWNTEL JACKSON